IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KINSALE INSURANCE COMPANY, an Arkansas corporation,<br><br>Plaintiff,<br><br>vs.<br><br>C&G GROUND APPLICATION, LLC, a Texas LLC; GLENDA HARRISON, an individual; and SIMPLOT AB RETAIL, INC., a Delaware corporation,<br><br>Defendants. | 8:24CV279<br><br>ORDER OF DISMISSAL |

This matter comes before the Court on the parties' Stipulated Motion to Dismiss with Prejudice (Filing No. 37). The Court, being advised in the premises, finds that such an Order is proper.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that this case be dismissed with prejudice, with each party to bear their own costs.

Dated this 23rd day of April, 2025.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge